People v Austin (2025 NY Slip Op 05246)

People v Austin

2025 NY Slip Op 05246

Decided on October 1, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 1, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
LINDA CHRISTOPHER
LOURDES M. VENTURA
PHILLIP HOM, JJ.

2022-09412

[*1]The People of the State of New York, respondent,
v
Troy Austin, appellant. (S.C.I. No. 74882/22)

Patricia Pazner, New York, NY (Anna Jouravleva of counsel), for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Julian Joiris of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Kings County (E. Niki Warin, J.), rendered October 26, 2022, convicting him of burglary in the third degree and criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The defendant's contention that his sentence as a second felony offender (see Penal Law § 70.06) was unconstitutional is unpreserved for appellate review, as the defendant failed to raise a constitutional challenge before the Supreme Court (see CPL 470.05[2]; People v Rosen, 96 NY2d 329, 335; People v Munoz, 237 AD3d 1110, 1111) and did not contest his criminal history, including the relevant periods of incarceration (see People v Hernandez, 43 NY3d 591). We decline to review the contention in the exercise of our interest of justice jurisdiction (see People v Munoz, 237 AD3d at 1111).
The sentence imposed was not excessive (see People v Suitte, 90 AD2d 80).
IANNACCI, J.P., CHRISTOPHER, VENTURA and HOM, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court